IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OSSIFI-MAB LLC,<br><br>   *Plaintiff*,<br><br>   *v.*<br><br>AMGEN INC.,<br><br>   *Defendant*. | Civil Action No. 1:23-10861-DLC |

**JOINT CLAIM CONSTRUCTION STATEMENT PURSUANT TO L.R. 16.6(E)(1)(D)**

Pursuant to Local Rule 16.6(e)(1)(D) and the parties' Joint Motion to Amend Schedule (D.I. 67), Plaintiff Ossif-Mab LLC ("OMAB") and Defendant Amgent Inc. ("Amgen") hereby provide the following joint statement regarding claim construction. The parties seek the Court's assistance in resolving disputes regarding the construction of **3** claim terms, which are set forth in the attached joint claim construction chart (Exhibit A) in the order the parties suggest they be construed. Also provided in the joint claim construction chart are the parties' respective positions on each term.

The parties have also provided agreed constructions for **11** terms.

Dated: December 21, 2023

Respectfully submitted,

/s/  Michael R. Gottfried (with permission)
Michael R. Gottfried (BBO# 542156)
DUANE MORRIS LLP
100 High Street
Suite 2400
Boston, MA 02110
Tel.: (857) 488-4200
MRGottfried@duanemorris.com

Nicholas Groombridge (*pro hac vice* pending)
Eric Alan Stone (*pro hac vice* pending)
Daniel J. Klein (*pro hac vice* pending)
Michael F. Milea (*pro hac vice* pending)
GROOMBRIDGE, WU, BAUGHMAN
& STONE LLP
565 Fifth Avenue, Suite 2900
New York, NY 10017
Tel.: (332) 269-0030
nick.groombridge@groombridgewu.com
eric.stone@groombridgewu.com
dan.klein@groombridgewu.com
mike.milea@groombridgewu.com

Megan Raymond (*pro hac vice* pending)
Saurabh Gupta (*pro hac vice* pending)
GROOMBRIDGE, WU, BAUGHMAN
& STONE LLP
801 17th Street, NW, Suite 1050
Washington, DC 20006
Tel.: (202) 505-5830
megan.raymond@groombridgewu.com
saurabh.gupta@groombridgewu.com

*Counsel for Defendant*

/s/   Srikanth K. Reddy
Srikanth K. Reddy (BBO# 669264)
Joshua Weinger (BBO# 690814)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
SReddy@goodwinlaw.com
JWeinger@goodwinlaw.com

I. Neel Chatterjee (*pro hac vice*)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Tel.: (650) 752-3100
NChatterjee@goodwinlaw.com

Tiffany Mahmood (*pro hac vice*)
Jenevieve Nutovits (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
TMahmood@goodwinlaw.com
JNutovits@goodwinlaw.com

Christopher Cassella (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
CCassella@goodwinlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Srikanth K. Reddy, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel of record who are not served through the CM/ECF system on December 21, 2023.

/s/ *Srikanth K. Reddy*
Srikanth K. Reddy (BBO# 669264)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000