# EXHIBIT A

**Exhibit A – Joint Claim Construction Chart**

| | Term | OMAB's Construction | Amgen's Construction | Court's Construction |
|---|---|---|---|---|
| 1. | "being treated with a humanized sclerostin-recognizing antibody" ('373 patent, claims 1, 3, 9, 11, 15, 24)<br><br>"being treated with a sclerostin-recognizing antibody" ('681 patent, claims 1, 24, 29)<br><br>"being treated with a humanized sclerostin-recognizing antibody and vitamin D" ('681 patent, claim 27) | Plain and ordinary meaning of the term, i.e., "at the time the method is beginning, having been undergoing treatment with a humanized sclerostin-recognizing antibody"<br><br>Plain and ordinary meaning of the term, i.e., "at the time the method is beginning, having been undergoing treatment with a sclerostin-recognizing antibody"<br><br>Plain and ordinary meaning of the term, i.e., "at the time the method is beginning, having been undergoing treatment with a humanized sclerostin-recognizing antibody and vitamin D." | Plain and ordinary meaning of the term, i.e., "during the course of a humanized sclerostin-recognizing antibody treatment"<br><br>Plain and ordinary meaning of the term, i.e., "during the course of a sclerostin-recognizing antibody treatment"<br><br>Plain and ordinary meaning of the term, i.e., "during the course of treatment with both a humanized sclerostin-recognizing antibody and vitamin D." | |
| 2. | "administered… sequentially with" ('196 patent, claim 1) | Plain and ordinary meaning of the term, i.e., "administered such that administration of one drug follows completion of the course of treatment with the other drug" | Indefinite. | |

A-1

| | **Term** | **OMAB's Construction** | **Amgen's Construction** | **Court's Construction** |
|---|---|---|---|---|
| 3. | "serially administered" ('373 patent, claim 14; '681 patent, claim 12)<br><br>"serially administering" ('373 patent, claim 15; '681 patent, claim 29)<br><br>"administered serially" ('681 patent, claim 28) | Plain and ordinary meaning of the term, i.e., "administered such that administration of the antiresorptive drug follows completion of the course of treatment with the sclerostin-recognizing antibody"<br><br>Plain and ordinary meaning of the term, i.e., "administering such that administration of the antiresorptive drug follows completion of the course of treatment with the sclerostin-recognizing antibody"<br><br>Plain and ordinary meaning of the term, i.e., "administered such that administration of the alendronate follows completion of the course of treatment with the sclerostin-recognizing antibody" | Indefinite. | |

**Agreed Constructions**

| Term | Agreed Construction |
|---|---|
| "A method for promoting bone growth in a human subject being treated with a humanized sclerostin-recognizing antibody," ('373 patent, claim 1) | The preamble is limiting, i.e., the method must be performed with the intent to promote bone growth and the method is performed in a human subject being treated with a humanized sclerostin-recognizing antibody. |
| "A method for increasing bone density in a human subject with low bone mass being treated with a sclerostin-recognizing antibody," ('373 patent, claim 15) | The preamble is limiting, i.e., the method must be performed with the intent to increase bone density and the method is performed in a human subject with low bone mass being treated with a sclerostin-recognizing antibody. |
| "method for increasing bone formation in a human subject being treated with a sclerostin-recognizing antibody," ('681 patent, claim 1) | The preamble is limiting, i.e., the method must be performed with the intent to increase bone formation and the method is performed in a human subject being treated with a sclerostin-recognizing antibody. |
| "An improved method of treating a human subject being treated with a sclerostin-recognizing antibody to increase bone formation in the human subject," ('681 patent, claim 24) | The claim is in Jepson format.<br><br>The preamble is limiting, i.e., the method must be performed with the intent to increase bone formation and the method must be performed in a human subject being treated with a sclerostin-recognizing antibody. |

| Term | Agreed Construction |
|---|---|
| "A method for increasing bone formation in a human subject with low bone mineral density being treated with a humanized sclerostin-recognizing antibody and vitamin D," ('681 Patent, claim 27) | The preamble is limiting, i.e., the method must be performed with the intent to increase bone formation and the method must be performed in a human subject with low bone mineral density being treated with a humanized sclerostin-recognizing antibody and vitamin D. |
| "A method for increasing bone mineral density in a human subject with low bone mass being treated with a sclerostin-recognizing antibody," ('681 Patent, Claim 29) | The preamble is limiting, i.e., the method must be performed with the intent to increase bone mineral density and the method must be performed in a human subject with low bone mass being treated with a sclerostin-recognizing antibody. |
| "effective amount" ('099 patent, claim 12; '196 patent, claim 1) | "An amount that achieves the claimed result of systemically increasing bone density." |
| "administering . . . a therapeutic comprising . . . a Sclerostin antagonist . . . with an antiresorptive . . . thereby systemically increasing bone density" ('099 patent, claim 12) | "the combined effects of administering a Sclerostin antagonist and administering an antiresorptive results in systemically increasing bone density" |
| "administering . . . a composition comprising . . .a Sclerostin antagonist . . . with an antiresorptive drug . . . thereby systemically increasing bone density" | "the combined effects of administering a Sclerostin antagonist and administering an antiresorptive drug results in systemically increasing bone density" |

| Term | Agreed Construction |
|---|---|
| ('196 patent, claim 1) | |
| "administering… a Sclerostin antagonist together with an antiresorptive drug"<br><br>('099 patent, claim 12) | "administering the antiresportive drug during the course of treatment with the sclerostin antagonist." |
| "administration of a first antiresorptive drug . . .; and . . . administration of a second antiresorptive drug after the administration of the first antiresorptive drug"<br><br>('681 patent, claim 24) | "Administering to that patient a first antiresorptive drug and administering a different antiresorptive drug after the administration of the first antiresorptive drug has concluded." |

A-5