

| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | MICHAEL R. GOTTFRIED | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 857 488 4212 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 857 401 3030 | PITTSBURGH |
| LOS ANGELES | *E-MAIL:* MRGottfried@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

February 25, 2026

VIA ECF

The Honorable Denise J. Casper
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**Re:    OssiFi-Mab LLC v. Amgen Inc., No. 1:23-cv-10861-DJC (D. Mass.)**

Dear Chief Judge Casper:

    We represent Defendant Amgen Inc. in the above referenced matter.

    In accordance with Your Honor's February 24, 2026 Electronic Order (Dkt. No. 304), we write on behalf of all Parties to report that neither Plaintiff OssiFi-Mab LLC nor Defendant Amgen Inc. believes that any redactions are necessary prior to placing the Court's provisionally sealed February 24, 2026 Memorandum & Order on Summary Judgement (Dkt. No. 303) on the public docket.

                                                Very truly yours,

                                                */s/ Michael R. Gottfried*

                                                Michael R. Gottfried
                                                (BBO# 542156)

cc: Counsel of Record (via ECF)

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 25, 2026, I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

                */s/Michael R. Gottfried*
                Michael R. Gottfried
                (BBO# 542156)